JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosalia    Ornelas,<br><br>        Plaintiff,<br><br>   vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>       Defendant. | Case No. 2:26-cv-00096-DJC-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  April 22, 2026 to June 22, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of April 13, 2026 and April 20, 2026, Plaintiff's Counsel has twenty five merit briefs and two replies due.   Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 26, 2026    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: March 26, 2026          ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:  **/s/ Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on March 26, 2026)

2

# **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  March 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE